672

## Commercial Engraving Company, Appellant, v. Arthur C. Cimaglia, Appellee.

Gen. No. 42,193.

Heard in third division, first district, this court at April term, 1942; opinion filed July 3, 1942; rehearing denied September 18, 1942. Harry H. Kaplan, for appellant; Arnold S. Kabaker, of counsel; John A. Ulrich, for appellee. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''